An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN M. FOSTER,
Appellant,
vs.
TARA COLLIER,
Respondent.

No. 63235

**FILED**

JUL 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellant seeks to challenge a district court order denying a motion for reconsideration of an order denying a motion to dismiss. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels, Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

---

[1]In light of this order, we deny as moot respondent's July 11, 2013, motion to dismiss.

13-20683

cc:  Hon. James Todd Russell, District Judge
     John Michael Foster
     Steven J. Klearman & Associates
     Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A